# MINUTE ORDER

Page 7

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 11/19/2021   Time: 2:00 p.m.

Defendant: ALEXANDER TRILLO        J#: 75265-509        Case #: 21-CR-20211-WILLIAMS (SEALED)
AUSA: Eric Morales        Attorney: AFPD - Joaquin Padilla
Violation: USE OF UNAUTHORIZED ACCESS DEVICES/CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD        Surr/Arrest Date: 11/19/2021    YOB: 1982

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No        Recommended Bond: 25k PSB
Bond Set at: Stip 25k PSB        Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [x] Random urine testing by Pretrial Services ✓
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments [Except for work] with prior approval from PTS
- [x] Home Confinement/Electronic Monitoring and/or Curfew 10 pm to 6 am paid by PTS while in Miami
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: With prior approval from PTS Permitted to travel for work
- [x] Other: not to work with access to credit cards or PII of others

Language: English

Disposition:
Brady Warning
Case Unsealed
Rights
Sworn
Indigent
AFPD appt
Arraigned
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:59:56, 14:30:10        Time in Court: 15 min
s/Alicia M. Otazo-Reyes        Magistrate Judge

* Technology as determined by PTS
Released ✓