UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20211-CR-WILLIAMS

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALEXANDER TRILLO,

    Defendant.
_____/

### ORDER ON UNOPPOSED MOTION TO MODIFY SUPERVISED RELEASE

This matter is before the Court on Defendant's Unopposed Motion to Modify Supervised Release, and the Court being fully advised in the premises therefore, after careful consideration, for the reasons stated in the Defendant's Motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. The terms of the Defendant's supervised release are hereby modified to allow travel outside the Southern District of Florida for employment purposes, as approved by United States Probation. All other previous conditions imposed in the judgment and commitment order remain in full force and effect. [ECF No. 41.]

DONE AND ORDERED in Chambers, at Miami, Florida, this 4th day of October, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE